IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PURDUE PHARMA L.P., PURDUE PHARMACEUTICALS L.P., and THE P.F. LABORATORIES, INC.,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>ACURA PHARMACUETICALS, INC., EGALET CORPORATION, and EGALET US, INC.,<br><br>    Defendants and Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>) C.A. No. 15-292-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Purdue Pharma L.P., Purdue Pharmaceuticals L.P., and The P.F. Laboratories, Inc. and Defendants Acura Pharmaceuticals, Inc., Egalet Corporation, and Egalet US, Inc. hereby stipulate and agree that the above action, including all claims, counterclaims and affirmative defenses, are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

Dated: May 24, 2016

| | |
|---|---|
| SHAW KELLER LLP | FARNAN LLP |
| */s/ Jeffrey T. Castellano* | */s/ Michael J. Farnan* |
| John W. Shaw (No. 3362) | Brian E. Farnan (No. 4089) |
| Jeffrey T. Castellano (No. 4837) | Michael J. Farnan (No. 5165) |
| 300 Delaware Avenue | 919 North Market Street |
| Suite 1120 | 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0701 | (302) 777-0300 |
| jshaw@shawkeller.com | bfarnan@farnanlaw.com |
| jcastellano@shawkeller.com | mfarnan@farnanlaw.com |
| *Attorneys for Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc. and Purdue Pharmaceuticals L.P.* | *Attorneys for Defendants Acura Pharmaceuticals, Inc., Egalet Corporation, and Egalet US, Inc.* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| James Hibey<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 429-6407<br>jhibey@steptoe.com | Morgan Chu<br>Gary Frischling<br>Yite John Lu<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>(310) 277-1010<br>mchu@irell.com<br>gfrischling@irell.com<br>yjlu@irell.com |
| John L. Abramic<br>Katherine H. Johnson<br>STEPTOE & JOHNSON LLP<br>115 South LaSalle Street, Suite 3100<br>Chicago, IL 60603<br>(312) 577-1300<br>kjohnson@steptoe.com<br>jabramic@steptoe.com | |

SO ORDERED THIS DAY OF _May 24_, 2016

_/s/ Richard G. Andrews_
UNITED STATES DISTRICT JUDGE